UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| SUSAN GIASSON, on behalf of herself and all others similarly situated,<br><br>                Plaintiff,<br><br>v.<br><br>MRA—THE MANAGEMENT ASSOCIATION, INC.,<br><br>                Defendant. | Case No. 2:24-cv-00839-JPS<br><br>Honorable J.P. Stadtmueller |

## JOINT NOTICE OF SETTLEMENT AND REQUEST TO STAY

Plaintiff Susan Giasson and Defendant MRA – The Management Association, Inc. (collectively, the "Parties"), hereby notify the Court that they have reached a class-wide settlement in principle which will resolve this case in its entirety. The settlement will require Court approval pursuant to Federal Rule of Civil Procedure 23

To allow the Parties sufficient time to finalize the terms of a formal class action settlement agreement and prepare the motion for preliminary approval and supporting documents, the Parties respectfully request that the Court stay all case deadlines for 60 days. The Parties anticipate filing a motion for preliminary approval within that time or, if not ready to file, submitting a status report updating the Court on the anticipated date for filing the motion.

Dated: June 20, 2025

/s/ *Samuel J. Strauss*
Samuel J. Strauss (WI Bar #1113942)
Raina C. Borrelli
Andrew Gunem (WI Bar #1114770)
STRAUSS BORRELLI PLLC
980 N. Michigan Avenue, Suite 1610

Dated: June 20, 2025

/s/ *Joel C. Griswold*
Joel C. Griswold
Bonnie Keane DelGobbo
BAKER & HOSTETLER LLP
One North Wacker Drive, Suite 3700
Chicago, IL 60606

Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
sam@straussborrelli.com
raina@straussborrelli.com
agunem@straussborrelli.com

*Counsel for Plaintiff and the Proposed Class*

Telephone: (312) 416-6200
Facsimile: (312) 416-6201
jcgriswold@bakerlaw.com
bdelgobbo@bakerlaw.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

  I, Samuel J. Strauss, hereby certify that on June 20, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record, below, via the ECF system.

DATED this 20th day of June, 2025.

         STRAUSS BORRELLI PLLC

        By: */s/ Samuel J. Strauss*
         Samuel J. Strauss
         STRAUSS BORRELLI PLLC
         One Magnificent Mile
         980 N Michigan Avenue, Suite 1610
         Chicago IL, 60611
         Telephone: (872) 263-1100
         Facsimile: (872) 263-1109
         sam@straussborrelli.com