UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| SUSAN GIASSON, on behalf of herself and all others similarly situated,<br><br>              Plaintiff,<br><br>v.<br><br>MRA—THE MANAGEMENT ASSOCIATION, INC.,<br><br>              Defendant. | Case No. 2:24-cv-00839-JPS<br><br>Honorable J.P. Stadtmueller |

**PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiff Susan Giasson ("Plaintiff"), individually, and on behalf of all others similarly situated, hereby move this Court to:

    a.    Appoint Plaintiff Susan Giasson as Class Representative of the Settlement Class;

    b.    Appoint Strauss Borrelli PLLC as Settlement Class Counsel;

    c.    Certify the Settlement Class under Federal Rule 23 for settlement purposes only;

    d.    Preliminarily approve this Settlement Agreement for purposes of disseminating Notice to the Settlement Class;

    e.    Approve the form and contents of the Notice and the method of its dissemination to members of the Settlement Class; and

    f.    Schedule a Final Approval Hearing to review comments and/or objections regarding this Settlement Agreement, to consider its fairness, reasonableness and adequacy, to consider the application for a Fee and Expenses Award and Service Award to the Class

1

Representative, and to consider whether the Court shall issue a Final Judgment approving this Settlement Agreement.

Plaintiff's motion is based on: this Motion and the accompanying Notice of Motion; Plaintiff's Memorandum in Support of Unopposed Motion for Class Action Settlement; the Declaration of Plaintiff's Counsel in support of Plaintiff's Motion, and all exhibits including the Settlement Agreement; all exhibits and attachments to the Motion and the Settlement Agreement including the Parties' draft Notice, and the Proposed Preliminary Approval Order submitted herewith.

Dated: September 18, 2025      Respectfully submitted,

By: */s/ Samuel J. Strauss*
Samuel J. Strauss (SBN 1113942)
Andrew G. Gunem (SNB 354042)
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N. Michigan Ave., Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
sam@straussborrelli.com

*Counsel for Plaintiff and the Proposed Class*

# CERTIFICATE OF SERVICE

I, Samuel J. Strauss, hereby certify that on September 18, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 18th day of September, 2025.

        STRAUSS BORRELLI PLLC

        By: */s/ Samuel J. Strauss*
            Samuel J. Strauss
            STRAUSS BORRELLI PLLC
            One Magnificent Mile
            980 N. Michigan Ave., Suite 1610
            Chicago, IL 60611
            Telephone: (872) 263-1100
            Facsimile: (872) 263-1109
            sam@straussborrelli.com