UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| SUSAN GIASSON, on behalf of herself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>MRA—THE MANAGEMENT ASSOCIATION, INC.,<br><br>　　　　　　Defendant. | Case No. 2:24-cv-00839-JPS<br><br>Honorable J.P. Stadtmueller |

**PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF
AMENDED CLASS ACTION SETTLEMENT**

Plaintiff Susan Giasson, with the consent of Defendant MRA – The Management Association, Inc., by and through their undersigned counsel, respectfully moves this Court for an Order granting preliminary approval of the Parties' Amended Class Action Settlement Agreement

As explained below, the Parties jointly filed a Motion to Vacate the Court's November 20, 2025 Preliminary Approval Order on December 12, 2025 (ECF No. 33), and Plaintiff now seeks preliminary approval of the amended settlement materials consistent with the Court's guidance.

In support of this Motion, Plaintiff states as follows:

1.　On September 18, 2025, Plaintiff filed an Unopposed Motion for Preliminary Approval of Class Action Settlement ("Original Preliminary Approval Motion"). (ECF Nos. 29–31.)

2.　While the Original Preliminary Approval Motion was pending, the Parties conferred and agreed to make limited clarifying amendments to the Settlement Agreement, including revisions to the definition of "Security Incident" (¶ 33) to clarify that two security incidents occurred, as well as corresponding, non-substantive revisions throughout the Settlement Agreement

1

and the related notice materials.

3. On November 20, 2025—while the Parties were finalizing execution of the amended settlement agreement—the Court entered its Order Granting Preliminary Approval. (ECF No. 32.)

4. On November 21, 2025, the Parties completed execution of the Amended Settlement Agreement, together with all accompanying exhibits (**Exhibits A–D**), which is attached Counsel's Declaration in Support of this Motion as **Exhibit 1**. A redline comparing the Amended Settlement Agreement and its **Exhibits A–D** to the original Settlement Agreement is attached to the Declaration as **Exhibit 2**.

5. On December 12, 2025, consistent with guidance received from chambers, the Parties jointly filed a Motion to Vacate the November 20, 2025 Preliminary Approval Order (Dkt. No. 33), in order to allow the Court to consider the amended settlement materials in full.

6. The amendments reflected in the Amended Settlement Agreement and revised Exhibits do ***not*** alter the class definition, expand or contract the scope of the release, change the relief available to Settlement Class Members, or otherwise materially modify the settlement previously presented to the Court. Rather, the revisions are intended solely to clarify the nature and timing of the underlying security incidents and to ensure that class members receive complete and accurate information.

7. Plaintiff respectfully submits that the Amended Settlement Agreement remains fair, reasonable, and adequate, and that preliminary approval of the amended settlement materials will promote an orderly and efficient notice process and final approval proceedings.

WHEREFORE, Plaintiff Susan Giasson respectfully requests that the Court grant preliminary approval of the Parties' Amended Settlement Agreement and approve the revised long-form and short-form notices.

Dated: December 17, 2025                    Respectfully submitted,

                                                        By: */s/ Samuel J. Strauss*
                                                            Samuel J. Strauss (WI Bar #1113942)
                                                            Raina C. Borrelli
                                                            Andrew Gunem (WI Bar #1114770)
                                                           **STRAUSS BORRELLI PLLC**
                                                            One Magnificent Mile
                                                            980 N. Michigan Ave., Suite 1610
                                                           Chicago, IL 60611
                                                           Telephone: (872) 263-1100
                                                           Facsimile: (872) 263-1109
                                                           sam@straussborrelli.com
                                                           raina@straussborrelli.com
                                                           agunem@straussborrelli.com

                                                           *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

    I, Samuel J. Strauss, hereby certify that on December 17, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record, via the ECF system.

DATED this 17th day of December, 2025.

                STRAUSS BORRELLI PLLC

                By: */s/ Samuel J. Strauss*
                    Samuel J. Strauss
                    980 N. Michigan Ave., Suite 1610
                    Chicago, IL 60611
                    Telephone: (872) 263-1100
                    Facsimile: (872) 263-1109
                    sam@straussborrelli.com