**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| SUSAN GIASSON, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MRA—THE MANAGEMENT ASSOCIATION, INC.,<br><br>Defendant. | Case No. 2:24-cv-00839-JPS<br><br>Honorable J.P. Stadtmueller |

**PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF ATTORNEYS' FEES, EXPENSES AND SERVICE AWARD, AND FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiff Susan Giasson ("Plaintiff"), individually and on behalf of all others similarly situated, hereby submits this Unopposed Motion for Approval of Attorneys' Fees, Expenses, and Service Award, and Final Approval of Class Action Settlement (the "Motion"). In support of this Motion, Plaintiff relies on the attached Memorandum in Support, the supporting Declarations and Exhibits, and oral argument during the Final Approval Hearing that is set for August 21, 2026.

Dated: August 7, 2026

Respectfully submitted,

By: */s/ Samuel J. Strauss*

Samuel J. Strauss (WI Bar #1113942)
Andrew Gunem (WI Bar #1114770)
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N. Michigan Ave., Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
sam@straussborrelli.com
raina@straussborrelli.com

agunem@straussborrelli.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I, Samuel J. Strauss, hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 7th day of August, 2026.

STRAUSS BORRELLI PLLC

By: *[/s/ Samuel J. Strauss]*

Samuel J. Strauss
STRAUSS BORRELLI PLLC
One Magnificent Mile
980 N. Michigan Ave., Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
sam@straussborrelli.com